NUMBERS 13-01-215-CR and 13-01-216-CR


 COURT OF APPEALS


 THIRTEENTH DISTRICT OF TEXAS


 CORPUS CHRISTI

__________________________________________________________________


DEREK PARRA , Appellant,


 v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


 On appeal from the 117th District Court 

 of Nueces County, Texas.

___________________________________________________________________


 O P I N I O N


 Before Chief Justice Valdez and Justices Hinojosa and Yañez

 Opinion Per Curiam


Appellant, DEREK PARRA , perfected appeals from judgments entered by the 117th District Court of Nueces
County,Texas, in cause numbers 00-CR-4245-B and 99-CR-3232-B . Appellant has filed a motion to dismiss the appeals. 
The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of October, 2001 .